UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BEATRIZ M. LEBRON

Case No.: 24-15182  
Chapter: 7  
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

John W. Sywilok, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Martin Luther King Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on August 13, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
Debtor's 1/2 interest in real property:  
47 Springfield Avenue  
Summit, NJ 07901  
Market Value: $575,000.00

Liens on property:  
Subject to a mortgage held by U.S. Bank Trust N.A. on which there is due approximately $651,000.00.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee   /s/ John W. Sywilok  
Address: 52 Main Street, Hackensack, NJ 07601  
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15182-SLM |
| Beatriz M. Lebron | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf905 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beatriz M. Lebron, 47 Springfield Avenue, Summit, NJ 07901-4007 |
| 520266364 | + | Steve Lebron, 47 Springfield Ave., Summit, NJ 07901-4007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520266359 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 20:52:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520266360 | + | Email/Text: mrdiscen@discover.com | Jul 10 2024 20:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520266361 | | Email/Text: ECF@fayservicing.com | Jul 10 2024 20:51:00 | Fay Servicing, LLC, PO Box 88009, Chicago, IL 60680 |
| 520266362 | + | Email/Text: data_processing@fin-rec.com | Jul 10 2024 20:52:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 520266363 | ^ | MEBN | Jul 10 2024 20:47:47 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520266365 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:57:17 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520266366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2024 20:56:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520266367 | | Email/Text: signed.order@pfwattorneys.com | Jul 10 2024 20:51:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520266368 | | Email/Text: EBN@seliplaw.com | Jul 10 2024 20:51:00 | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07652 |
| 520266369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 20:57:19 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520266370 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 20:57:35 | WALMART CREDIT SERVICES/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Sywilok | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John Sywilok | on behalf of Trustee John Sywilok sywilokattorney@sywilok.com nj26@ecfcbis.com |
| Russell L. Low | on behalf of Debtor Beatriz M. Lebron ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5