Order Filed on August 1, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>    Beatriz M. Lebron,<br>                              Debtor. | Case No.:    24-15182<br><br>Chapter:    7<br><br>Hearing Date:    July 30, 2024<br><br>Judge:    Stacey L. Meisel |

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through ___two (2)____ is **ORDERED**.

**DATED: August 1, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Beatriz M. Lebron |
| Case No.: | 24-15182 |
| Caption of Order: | Order Denying Motion for Relief from Stay |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a **Motion for Relief from Stay** by U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP2; this Court finds:

**WHEREAS** the Motion for Relief from Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

　☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

　☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

　☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

　☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

　☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** The Movant failed to serve the co-owner of the property for which relief from the automatic stay is sought.

It is hereby

**ORDERED** that the Motion for Relief from Stay is denied without prejudice.