Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24–15182–SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Beatriz M. Lebron
   aka Beatriz Chipa, aka Beatriz Chipa
   Lebron
   47 Springfield Avenue
   Summit, NJ 07901

Social Security No.:
   xxx–xx–3921

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtor's 1/2 interest in real property:
47 Springfield Avenue
Summit, NJ 07901
Market Value: $575,000.00


Dated: August 7, 2024
JAN:

                                                            Jeanne Naughton
                                                            Clerk